1012

STEWART–WARNER CORPORATION and Gat Gun Lubricating Corporation, Plaintiffs-Appellants, v. UNIVERSAL LUBRICATING SYSTEMS, Inc., Defendant-Appellee.

No. 6793.

Circuit Court of Appeals, Third Circuit.

Feb. 9, 1939.

Lynn A. Williams, of Chicago, Ill., Smith, Buchanan & Ingersoll, of Pittsburgh, Pa., and Williams, Bradbury, McCaleb & Hinkle, of Chicago, Ill., for appellants.

Leonard L. Kalish, of Philadelphia, Pa., for appellee.

Before BIGGS, MARIS, and BUFFINGTON, Circuit Judges.

PER CURIAM.

The decree of the court below is affirmed in all respects upon the opinion of the court below, reported in D.C., 22 F.Supp. 563.

Richard M. DAVIS, Plaintiff-Appellee, v. The ATLANTIC TRANSPORT COMPANY OF WEST VIRGINIA, Defendant-Appellant.

No. 77.

Circuit Court of Appeals, Second Circuit.

Dec. 5, 1938.

Gazan & Caldwell, of New York City, for appellee.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Vernon Sims Jones and Robert P. Nash, both of New York City, of counsel), for appellant.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

Robert L. DEMUTH, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 61.

Circuit Court of Appeals, Second Circuit.

Dec. 12, 1938.

Mark Eisner and Ferdinand Tannenbaum, both of New York City, for petitioner.

James W. Morris, Asst. Atty. Gen., and Sewall Key and Helen R. Carloss, Sp. Assts. to Atty. Gen., for respondent.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

This appeal was argued with Pierce v. Commissioner, 2 Cir., 100 F.2d 397, the opinion in which is handed down herewith. The questions presented were the same and the decision of that appeal is determinative of this as well. Order affirmed.

L. HAND, Circuit Judge, dissents.

The DERBY OIL COMPANY, a Corporation, v. UNIVERSAL OIL PRODUCTS COMPANY, a Corporation.

No. 1815.

Circuit Court of Appeals, Tenth Circuit.

Jan. 23, 1939.

Yankey, Osborne & Sears, of Wichita, Kan., for appellant.

Smith, Hatcher & McFarland, of Topeka, Kan., and R. R. Brewster, of Kansas City, Mo., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed at appellant's costs, pursuant to stipulation.